**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-6385**

_____

KHEMALL JOKHOO,

            Plaintiff - Appellant,

      v.

LOLA VELAQUEZ-AGUILU, Assistant U.S. Attorney,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:19-ct-03125-FL)

_____

Submitted:  September 29, 2020                    Decided:  October 6, 2020

_____

Before GREGORY, Chief Judge, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Khemall Jokhoo, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khemall Jokhoo appeals the district court's order construing his complaint as an action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and dismissing it under 18 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jokhoo v. Velaquez-Aguilu*, No. 5:19-ct-03125-FL (E.D.N.C. Feb. 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*